Ackerman *v.* Blauvelt.    Bowlby *v.* Bowlby.

It is only necessary to observe, in conclusion, that the complainants aver and prove, that no necessity for the proposed change of route exists, while the defendants have not shown the contrary.

The complainants are entitled to an injunction. They have not lost their right to it by laches, acquiescence, or because, before the filing of the bill, a portion of the highway proposed to be changed had been occupied by the defendants as a crossing for their railroad or otherwise, and thus rendered impassable.

The decree or order appealed from must be affirmed, with costs.

Decree unanimously affirmed.

---

ACKERMAN, appellant, and BLAUVELT, respondent.

Decree affirmed upon the grounds stated by the Vice-Chancellor in his opinion, reported in 8 *C. E. Green* 496.

For affirmance—BEASLEY, C. J., BEDLE, CLEMENT, GREEN, LATHROP, LILLY, VAN SYCKEL, WALES, WOODHULL. 9.

For reversal—DALRIMPLE, SCUDDER. 2.

---

BOWLBY, appellant, and BOWLBY, respondent.

Decree unanimously affirmed upon the grounds stated by the Vice-Chancellor in his opinion, (*ante p.* 406.)